# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

|  |  |  |
|---|---|---|
| | : | |
| **JOE A. BARNETT,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No.** |
| | : | **3:10-CV-83 (CAR)** |
| **v.** | : | |
| | : | |
| **ATHENS REGIONAL MEDICAL** | : | |
| **CENTER, INC.,** | : | |
| | : | |
| **Defendant.** | | |

_____

## ORDER ADOPTING DEFENDANT'S PROPOSED PROTECTIVE ORDER AND LIFTING STAY OF DISCOVERY

Despite good faith efforts to do so, the parties in this case could not agree on certain language to be included in the protective order.   Thus, both parties submitted a proposed protective order for the Court's review. This Court has broad discretion at the discovery stage to determine whether or not a protective order is appropriate and what degree of protection is required. Seattle Times v. Rhinehart, 467 U.S. 20, 36-37 (1984). Having reviewed both parties' submissions, the Court finds Defendant's proposed protective order to be in accordance with the Court's previous Order on this matter. See Order Striking Provision of Protective Order, July 15, 2011, Doc. 28.   Thus, the Court adopts Defendant's Amended Protective Order, and that Order will be docketed as a

separate document in this case.

Discovery in this case has been held up long enough due to the parties' inability to agree on the terms of a Protective Order.   The Stay of Discovery formerly ordered by this Court is hereby LIFTED.   Discovery in this case will expire on February 27, 2012, that being no more than six (6) months after the date of this Order.   Any dispositive and/or Daubert motions are due no later than April 12, 2012, that being 45 days after the expiration of discovery.   The Court expects the parties to expeditiously and thoroughly move through discovery and to conduct themselves in accordance with the law and the professional standards governing attorneys, both in working with each other and with the Court.   See, e.g., Thomas v. Tenneco Packaging Co., Inc., 293 F.3d 1306 (11th Cir. 2002).   This Court hereby puts all parties on notice that it will not tolerate rudeness or disrespect in any form, including any such behavior made in filings with the Court.

**SO ORDERED**, this 26th day of August, 2011.


S/   C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

SSH