IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JOE A. BARNETT, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| ) | FILE NO. 3:10-cv-83 (CAR) |
| v. ) | |
| ) | |
| ATHENS REGIONAL MEDICAL CENTER ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING MOTION TO ISSUE SUBPOENA TO DEPARTMENT OF DEFENSE FOR PLAINTIFF'S MILITARY RECORDS

Currently before the Court is Defendant's Motion for Issuance of Subpoena [Doc. 38] to the United States Department of Defense for Plaintiff Joe A. Barnett's military records. Plaintiff opposes the Motion. After reviewing the *Diagnostic and Statistical Manual of Mental Disorders* (DSM-IV-2R) 309.81 Post Traumatic Stress Disorder combined with the facts of this case, the Court finds that Defendant's request is "reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1). Thus, the Court **GRANTS** Defendant's Motion [Doc. 38]. The Court considered Plaintiff's arguments but did not find them persuasive.

The Clerk of Court is hereby DIRECTED to issue the Subpoena to the United States Department of Defense, National Personnel Records Center, to allow Defendant to obtain copies of Plaintiff's military records, attached as Exhibit A to the Motion [Doc.

38-1].

Defendant is hereby DIRECTED to file a motion requesting an extension of time for the discovery it contends would be appropriate to receive and review the requested records.

SO ORDERED, this 14th day of February, 2012.

                                                             s/ C. Ashley Royal  
                                                             C. ASHLEY ROYAL  
                                                             United States District Court Judge  
                                                             Middle District of Georgia

SSH