IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JOE A BARNETT,                                    *

                    Plaintiff,                    *
v.                                                     Case No.3:10-CV-83 (CAR)

ATHENS REGIONAL MEDICAL                           *

CENTER, INC.,                                     *

                    Defendant.                    *
_____

## J U D G M E N T

Pursuant to this Court's Order dated March 25, 2013, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.   Plaintiff shall recover nothing of Defendant.   Defendant shall also recover costs of this action.

This 25th day of March, 2013.

                              Gregory J. Leonard, Clerk


                              s/ Gail G. Sellers, Deputy Clerk